IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al<br><br>Plaintiffs,<br><br>v.<br><br>HARDIN COUNTY, KENTUCKY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:15-cv-00066-DJH<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR SCHEDULING ORDER**

\*\*\* \*\*\* \*\*\*

All Plaintiffs, United Automobile, Aerospace and Agricultural Implement Workers of America Local 3047, et al. and all Defendants, Hardin County, Kentucky, et al., by and through their undersigned counsel, respectfully move the Court to enter the attached Scheduling Order. The grounds for this motion are set forth below:

1. The parties agree that this case raises only matters of law, which can be decided by the Court upon Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56.

2. The parties bring this motion in good faith and not for the purpose of delay.

3. No party will be prejudiced by this request.

WHEREFORE, Plaintiffs and Defendants jointly move the Court to enter the Scheduling Order attached hereto.

| | |
|---|---|
| /s/ Irwin H. Cutler, Jr.<br>Irwin H. Cutler, Jr.<br>David Leightty<br>Benjamin S. Basil<br>Priddy, Cutler, Naake & Meade, PLLC<br>800 Republic Building<br>429 West Muhammad Ali<br>Louisville, Kentucky 40202<br>Phone: (502) 587-8600<br>Fax: (502) 632-5271<br>E-mail: cutler@pcnmlaw.com<br>COUNSEL FOR PLAINTIFFS EXCEPT TEAMSTERS LOCAL 89 | *s/* Jason M. Nemes *(with permission)*<br>Jason M. Nemes<br>Victor Maddox<br>Fultz Maddox Hovious & Dickens, PLC<br>101 South Fifth Street, 27th Floor<br>Louisville, Kentucky 40202<br>Phone: (502) 992-5045<br>Fax: (502) 588-2020<br>E-mail: jnemes@fmhd.com |
| /s/ Robert M. Colone *(with permission)*<br>Robert M. Colone<br>General Counsel<br>IBT Local 89<br>3813 Taylor Blvd.<br>Louisville, KY 40215<br>Phone: (502) 368-5885<br>Fax: (502) 366-2009<br>rmcolone@teamsers89.com<br>COUNSEL FOR PLAINTIFF TEAMSTERS LOCAL 89 | /s/ John T. Lovett *(with permission)*<br>John T. Lovett<br>Frost Brown Todd LLC<br>400 W. Market Street, 32nd Floor<br>Louisville, Kentucky 40202-3363<br>Phone: (502) 589-5400<br>Fax: (502) 581-1087<br>E-mail: jlovett@fbtlaw.com<br>COUNSEL FOR DEFENDANTS |