IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE ) <br> AND AGRICULTURAL IMPLEMENT ) <br> WORKERS OF AMERICA LOCAL 3047, et ) <br> al ) <br>    ) <br>                              Plaintiffs, ) <br>    ) <br> v.    ) <br>    ) <br> HARDIN COUNTY, KENTUCKY, et al.   ) <br>    ) <br>                              Defendants. ) | CIVIL ACTION NO. 3:15-cv-00066-DJH |

## SCHEDULING ORDER

\*\*\* \*\*\* \*\*\*

Having considered the parties' Joint Motion for Scheduling Order, and for good cause shown, it is hereby:

ORDERED, that:

(1)     Defendants shall file their Answer to Plaintiff's Complaint on or before February 24, 2015.

(2)     Plaintiffs shall file their Motion for Summary Judgment on or before March 6, 2015.

(3)     Defendants shall file their Response to Plaintiff's Motion for Summary Judgment, and any Cross Motion for Summary Judgment on or before April 3, 2015.

(4)     Upon motion and leave of court, any amicus curiae briefs shall be filed on or before April 17, 2015.

(5) Plaintiffs shall file their Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment, and Response to Defendants' Cross Motion for Summary Judgment on or before April 24, 2015.

(6) Defendants shall file their Reply to Plaintiffs' Response to Defendants' Cross Motion for Summary Judgment on or before May 8, 2015.

(7) Any party may file a response to any amicus curiae brief on or before May 8, 2015.