UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA LOCAL 3047, et al.                    PLAINTIFFS

v.                              CIVIL ACTION NO. 3:15-CV-00066-DJH

HARDIN COUNTY, KY, et al.                                DEFENDANTS

### AFFIDAVIT OF RENARD DUVALL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Renard Duvall, hereby state the following:

1. I am the President of United Automobile, Aerospace and Agricultural Implement Workers of America, Local 3047.

2. Exhibit 1 to Plaintiffs' Complaint contains a true and accurate copy of excerpts of a collective bargaining agreement between United Automobile, Aerospace and Agricultural Implement Workers of America, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 3047 and Metalsa Structural Products, Inc., which is currently in effect.

3. Upon the expiration of the collective bargaining agreement identified in Exhibit 1, United Automobile, Aerospace and Agricultural Implement Workers of America, and United Automobile, Aerospace and Agricultural Implement Workers of America, Local 3047 intend to negotiate for provisions identical or identical in substance, if not in form, to the provisions set out in in Exhibit 1.

4.  Prior to the passage of Ordinance 300 and continuing thereafter, United Automobile, Aerospace and Agricultural Implement Workers of America and United Automobile, Aerospace and Agricultural Implement Workers of America, Local 3047 received dues and fees from Metalsa Structural Products, Inc., which dues and fees were collected and remitted pursuant to the collective bargaining agreement identified as Exhibit 1.

FURTHER AFFIANT SAYETH NAUGHT

I declare under penalty of perjury that the foregoing is true and correct.

*/signature/*
Renard Duvall

3/6/15
March xx, 2015