IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:15-cv-00066-DJH ) |
| HARDIN COUNTY, KENTUCKY, et al. | ) ) |
| Defendants. | ) |

**AGREED ORDER**
**GRANTING LEAVE TO AMEND COMPLAINT**

\*\*\* \*\*\* \*\*\*

Plaintiffs and Defendants having agreed hereto through their undersigned Counsel of Record, and it meeting the approval of the Court, **IT IS HEREBY ORDERED** as follows:

(1)   The Plaintiffs are granted leave to file their Amended Complaint herein, and the proposed Amended Complaint is hereby filed in this action.

(2)   Plaintiffs need not serve Defendants with the Amended Complaint, except through this Court's ECF system.

(3)    Defendants need not file an Answer to Plaintiffs' Amended Complaint.

(4)   No party shall be prejudiced by the failure to serve process of the Amended Complaint, or the failure to answer the Amended Complaint.

Have seen and agree hereto:

/s/ Benjamin S. Basil
Irwin H. Cutler, Jr.
David Leightty
Benjamin S. Basil
Priddy, Cutler, Naake & Meade, PLLC
800 Republic Building
429 West Muhammad Ali
Louisville, Kentucky 40202
Phone:  (502) 587-8600
Fax:  (502) 632-5271
E-mail: cutler@pcnmlaw.com
COUNSEL FOR PLAINTIFFS EXCEPT TEAMSTERS LOCAL 89

/s/ Robert M. Colone *(with permission)*
Robert M. Colone
General Counsel
IBT Local 89
3813 Taylor Blvd.
Louisville, KY 40215
Phone: (502) 368-5885
Fax: (502) 366-2009
rmcolone@teamsers89.com
COUNSEL FOR PLAINTIFF TEAMSTERS LOCAL 89

*s/* Jason M. Nemes *(with permission)*
Jason M. Nemes
Victor Maddox
Fultz Maddox Hovious & Dickens, PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Phone:  (502) 992-5045
Fax: (502) 588-2020
E-mail:   jnemes@fmhd.com


/s/ John T. Lovett *(with permission)*
John T. Lovett
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Phone:  (502) 589-5400
Fax: (502) 581-1087
E-mail:   jlovett@fbtlaw.com
COUNSEL FOR DEFENDANTS