UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARDIN COUNTY, KENTUCKY, et al., , <br><br> Defendants. | **Electronically Filed** <br><br> CASE NO. 3:15-cv-00066-DJH |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*
### ON BEHALF OF STEVEN T. MCDEVITT

Pursuant to Local Rule 83.2, John T. Lovett, Jason Michael Nemes, and Jennifer B. Oldham, counsel for Defendants Hardin County, Kentucky, Harry L. Berry, Charlie A. Williams, and Jennifer B. Oldham ("Defendants"), respectfully move this Court to admit *pro hac vice* attorney Steven T. McDevitt of Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202.  Counsel respectfully prays that this Court grant Mr. McDevitt leave to actively participate in all proceedings in connection with the above-captioned matter on behalf of Defendants.

Mr. McDevitt is licensed and in good standing to practice law in the State of Ohio.  For purposes of this action, Mr. McDevitt consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.  Mr. McDevitt has never been disqualified to practice before any court of record.  Mr. McDevitt's supporting Affidavit and Consent is attached hereto as Exhibit A.

Pursuant to Joint General Order 08-02, Mr. McDevitt has completed mandatory electronic case filing training through the court's Web-Page Tutorial.

WHEREFORE, John T. Lovett, Jason Michael Nemes, and Jennifer B. Oldham, as counsel of record for Defendants, respectfully request that this Court grant this Motion for Leave of Mr. McDevitt to Appear *Pro Hac Vice* in the above-captioned matter.

A proposed Order is tendered herewith.

This the 2nd day of April, 2015.

    Respectfully submitted,

    /s/ John T. Lovett
    John T. Lovett
    jlovett@fbtlaw.com
    FROST BROWN TODD LLC
    400 West Market Street, 32nd Floor
    Louisville, KY 40202
    Telephone: (502) 589-5400
    Facsimile: (502) 581-1087

    Jason Michael Nemes
    jnemes@fmhd.com
    FULTZ MADDOX HOVIOUS & DICKENS
    101 South Fifth Street, 27th Floor
    Louisville, KY 40202
    Telephone: (502) 992-5045
    Facsimile: (502) 588-2020

    Jennifer B. Oldham
    jennyo.hcao@hcky.org
    Hardin County Attorney
    109 E. Dixie Avenue
    Elizabethtown, KY 42701-1408
    Telephone: (270) 765-6726
    Facsimile: (270) 737-0087

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: John T. Lovett (jlovett@fbtlaw.com); James Michael Nemes (jnemes@fmhd.com); Jennifer B. Oldham (jennyo.hcao@hcky.org); Irwin H. Cutler, Jr. (cutler@pcnmlaw.com); David Leightty (dleightty@earthlink.net); Benjamin S. Basil (basil@pcnmlaw.com); and Robert M. Colone (rmcolone@teamsters89.com).

                                                /s/ John T. Lovett
                                                *Counsel for Defendants*

0130958.0624725   4845-9227-3954v1