UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>HARDIN COUNTY, KENTUCKY, et al., , )<br><br>Defendants. ) | **Electronically Filed**<br><br>CASE NO. 3:15-cv-00066-DJH |

## AFFIDAVIT AND CONSENT OF STEVEN T. MCDEVITT

1. My name is Steven T. McDevitt and I am counsel with the law firm of Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202. My telephone number is (513) 651-6800, and my facsimile number is (513) 651-6981. My email address is: smcdevitt@fbtlaw.com.

2. I have been a member of the Ohio Bar since 2014 and admitted to practice in all Ohio state courts and the United States District Court for the Southern District of Ohio since 2015.

3. I am a member in good standing of each of the courts listed above. I am not aware of any disciplinary actions pending against me in any jurisdiction, and I am not currently disbarred or suspended in any jurisdiction.

4. I agree to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I have completed mandatory electronic case filing training through the Court's webpage tutorial.

Steven T. McDevitt (Ohio Bar No. 092659)
smcdevitt@fbtlaw.com
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
Telephone:  (513) 651-5800
Facsimile:  (513) 651-6981

STATE OF OHIO                     )
                                  ) SS:
COUNTY OF HAMILTON                )

Sworn to and acknowledged before me and subscribed in my presence by Steven T. McDevitt, this ___6___ day of March, 2015.

_____
NOTARY PUBLIC

My Commission Expires: _____

0130958.0624725   4825-6930-8962v1



Matthew O'Neil Wagner, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

2