UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARDIN COUNTY, KENTUCKY, et al.,<br><br>　　　　Defendants. | **Electronically Filed**<br><br>CASE NO. 3:15-cv-00066-DJH |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Hardin County, Kentucky, and its elected officials sued in their official capacities, by counsel, respectfully move for Summary Judgment under Federal Rule of Civil Procedure (FRCP) 56. There are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law.

Defendants are entitled to Summary Judgment because, among other reasons, Plaintiffs' challenge to Defendant, Hardin County's Ordinance 300, Series 2014, asks this Court to rule contrary to the United States Supreme Court on two fundamental principles:

　　(1)　The National Labor Relations Act does not preempt the regulation of "right to work" laws; and

　　(2)　The National Labor Relations Act's protection of State rights to adopt "right to work" laws includes the right of the political subdivisions of the States to adopt "right to work" laws.

A Memorandum in support of this Motion and tendered Order accompany this Motion. Defendants respectfully request the opportunity for oral argument, pursuant to LR 7.1(f).

Respectfully submitted,

/s/ John T. Lovett
John T. Lovett
jlovett@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

Jason Michael Nemes
jnemes@fmhd.com
FULTZ MADDOX HOVIOUS & DICKENS
101 South Fifth Street, 27th Floor
Louisville, KY 40202
Telephone: (502) 992-5045
Facsimile: (502) 588-2020

Jennifer B. Oldham
jennyo.hcao@hcky.org
Hardin County Attorney
109 E. Dixie Avenue
Elizabethtown, KY 42701-1408
Telephone: (270) 765-6726
Facsimile: (270) 737-0087

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2015, I electronically filed the foregoing Motion, Memorandum and proposed Order with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: John T. Lovett (jlovett@fbtlaw.com); James Michael Nemes (jnemes@fmhd.com); Jennifer B. Oldham (jennyo.hcao@hcky.org); Irwin H. Cutler, Jr. (cutler@pcnmlaw.com); David Leightty (dleightty@earthlink.net); Benjamin S. Basil (basil@pcnmlaw.com); and Robert M. Colone (rmcolone@teamsters89.com).

/s/ John T. Lovett
*Counsel for Defendants*

0130958.0624725   4844-8922-7298v1