UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Electronically Filed** |
| v. | ) ) ) | CASE NO. 3:15-cv-00066-DJH |
| HARDIN COUNTY, KENTUCKY, et al., | ) ) ) | |
| Defendants. | ) | |

### **MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* BY WARREN, SIMPSON, FULTON, ROCKCASTLE, LOGAN, BUTLER, BOONE AND MONROE COUNTIES IN KENTUCKY.**

The Counties of Warren, Simpson, Fulton, Rockcastle, Logan, Butler, Boone and Monroe Counties (collectively "the Amicus Counties"), by and through the undersigned, move this Court for leave to file their brief as *amicus curiae* in support of Hardin County, the Defendant.

The Amicus Counties have passed ordinances substantively identical to Ordinance 300, in furtherance of their authority under KRS 067.083 to promote economic development and regulate commerce. They respectfully submit that they are uniquely situated to shed light on several of the issues raised in this case, and their perspective will aid the Court in deciding this case.

This Brief is submitted in accordance with the Agreed Order of the parties regarding submission of *Amicus Curiae* briefs.

The sole issue before the Court is whether the Defendant County has the power to pass and enforce an ordinance that provides employment protections for

its citizens and provides economic development tools to the County, or whether the state's delegation of such powers to the County was preempted in this instance by federal law. The decision of this Court, therefore, will certainly have an impact upon the Amicus Counties, their own citizens and their ongoing economic development efforts. This Brief is offered with awareness of that interest, as well as in support of Defendant, Hardin County.

Respectfully Submitted,

<u>Jason M. Nemes (on behalf of Brent W. Yessin)</u>
Brent W. Yessin, Esq
Yessin & Associates, LLC
One Tampa City Center
Suite 2880
Tampa, FL 33602
(813) 248-1818
*Co-counsel for Amicus Curiae Curiae*

Brett P. Scott, Esq.
Protect My. Check, Inc
10200 Forest Green Blvd
Suite 112
Louisville, KY 40223
(270) 331-4352
*Co-counsel for Amicus*

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

It is hereby certified that a true copy of the foregoing motion was filed on this 17th day of April, 2015 via the CM/ECF system.

                                        s/Jason M. Nemes (on behalf of Brent W. Yessin)
                                        Brent W. Yessin, Esq.