UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3-15-CV-66-DJH

Electronically filed

**UNITED AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA LOCAL 3047, et al.**                                                 **PLAINTIFFS**

v.

**HARDIN COUNTY, KENTUCKY, et al.**                                                           **DEFENDANTS**

\*     \*     \*     \*     \*     \*     \*

*Amicus Curiae*, the Kentucky State AFL-CIO, having filed a Motion for Leave to File Brief *Amicus Curiae* of the Kentucky State AFL-CIO on behalf of the Plaintiff on April 17, 2015, and this Court having reviewed the Motion and being otherwise sufficiently advised;

The Motion for Leave to File is **HEREBY GRANTED**.