UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARDIN COUNTY, KENTUCKY, et al., <br><br> Defendants. | **Electronically Filed** <br><br> CASE NO. 3:15-cv-00066-DJH |

## MOTION TO WITHDRAW DOCUMENT 20, "MOTION FOR LEAVE TO FILE AMICUS BRIEF"

On Friday, April 17th, several Kentucky counties moved for Leave of this Court to file *amicus curiae* in support of Hardin County, the Defendant.

On April 23rd, with the addition of Whitley County, the counties of Warren, Simpson, Fulton, Rockcastle, Whitley, Logan, Butler, Boone and Monroe Counties, (collectively, "the *Amicus Counties")* by and through undersigned counsel, filed a Motion for Leave to File *Amicus Curiae* on behalf of the Defendant, and attached Memorandum in Support and Proposed Order. (DN 23)

The Amicus Counties, by undersigned counsel, motion to withdraw the earlier filing, "DN 20" in the ECF docket, as it has been replaced by April 23rd Motion and Memorandum in Support, the latter of which is DN 23 in the ECF Docket.

Accordingly, the Counties respectfully request the Court grant leave to withdraw Document 20, provided in the attached Order.

Respectfully Submitted,

| | |
|---|---|
| s/Brent w. Yessin | s/Brett P. Scott |
| _____ | _____ |
| Brent W. Yessin, Esq | Brett P. Scott, Esq. |
| Yessin & Associates, LLC | Protect My. Check, Inc |
| One Tampa City Center | 10200 Forest Green Blvd |
| Suite 2880 | Suite 112 |
| Tampa, FL 33602 | Louisville, KY 40223 |
| (813) 248-1818 | (270) 331-4352 |

**CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

It is hereby certified that a true copy of the foregoing motion was filed on this 24th day of April, 2015 via the CM/ECF system.

s/Brent W. Yessin
_____
Brent W. Yessin, Esq