UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, et al.,                                          Plaintiffs,

v.                                                  Civil Action No. 3:15-cv-66-DJH

HARDIN COUNTY, KENTUCKY, et al.,                                     Defendants.

\* \* \* \* \*

### ORDER

The Court being sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Court will hear oral argument on the pending cross-motions for summary judgment (Docket Nos. 7, 16) on **August 4, 2015, at 10:00 a.m.**, with thirty minutes allotted for Plaintiffs and thirty minutes allotted for Defendants. Each side shall designate a single attorney to present arguments on its behalf. Nonparties will not have an opportunity to present oral arguments.

(2) Any responses to amicus curiae briefs shall be filed no later than **May 22, 2015**. No replies shall be filed.

May 12, 2015

David J. Hale, Judge
United States District Court