UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 3047, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARDIN COUNTY, KENTUCKY, et al., <br><br> Defendants. | **Electronically Filed** <br><br> CASE NO. 3:15-cv-00066-DJH |

## MOTION TO FILE SUPPLEMENTAL LEGAL AUTHORITIES

Defendants, Hardin County, Kentucky, and its elected officials sued in their official capacity ("Defendants"), respectfully, move the Court to file supplemental authorities for the Court's consideration on the dispositive motions now pending before the Court. The supplemental authorities that Defendants seek to file are the decisions of the Jefferson Circuit Court and the Kentucky Court of Appeals in *Kentucky Restaurant Association, Inc., et al. v. Louisville/Jefferson County Metro Government* (copies attached).

A memorandum in support of the motion and tendered order are attached hereto.

Respectfully submitted,

/s/ John T. Lovett
John T. Lovett
jlovett@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

Jason Michael Nemes
jnemes@fmhd.com
FULTZ MADDOX HOVIOUS & DICKENS
101 South Fifth Street, 27th Floor
Louisville, KY 40202
Telephone: (502) 992-5045
Facsimile: (502) 588-2020

Jennifer B. Oldham
jennyo.hcao@hcky.org
Hardin County Attorney
109 E. Dixie Avenue
Elizabethtown, KY 42701-1408
Telephone: (270) 765-6726
Facsimile: (270) 737-0087

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2015, I electronically filed the foregoing Motion to File Supplemental Legal Authorities with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: John T. Lovett (jlovett@fbtlaw.com); James Michael Nemes (jnemes@fmhd.com); Jennifer B. Oldham (jennyo.hcao@hcky.org); Irwin H. Cutler, Jr. (cutler@pcnmlaw.com); David Leightty (dleightty@earthlink.net); Benjamin S. Basil (basil@pcnmlaw.com); and Robert M. Colone (rmcolone@teamsters89.com).

/s/ John T. Lovett
*Counsel for Defendants*

0130958.0624725  4835-4891-8309v1